# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-2186
_____

VICTOR HICKS,

   Petitioner,

v.

Florida Department of
Corrections, MARK S. INCH,

   Respondent.

_____


Petition for Writ of Habeas Corpus—Original Jurisdiction.


October 17, 2019


PER CURIAM.

   DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

B.L. THOMAS, ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Victor Hicks, pro se, Petitioner.

No appearance for Respondent.